United States District Court

Eastern District of California

Jefferson McGee,

    Plaintiff,           No. Civ. S 05-2632 GEB PAN P

  vs.                     Order

CA State Senate, et al.,

    Defendants.

-oOo-

Good cause appearing, plaintiff's February 1, 2006, motion for a temporary restraining order is denied without prejudice.

So ordered.

Dated:  February 2, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge