UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEFFERSON A. McGEE,

               Plaintiff,           CIV S-05-2632 GEB PAN PS

     v.

CALIFORNIA STATE SENATE, et al.,         ORDER

               Defendants.

                      — —

    Plaintiff requests entry of default and moves for default judgment against 26 of the 40 defendants named in this action.[1] The March 8, 2006, hearing on plaintiff's motion, originally noticed for March 1, 2006, is vacated, and the court issues this order.

---

[1] Plaintiff seeks default and default judgment against Arnold Schwarzenegger, Bill Lockyear, County of Sacramento, Lou Blanas, Jan Scully, Albert Locher, Rebecca Lobre, City of Sacramento, Heather Fargo, Bonnie Pannell, Robbie Waters, Officer Baily, Officer Pease, Jerry Meyer, Rheba Chastain, Dean Leuder, Investigator Freitas #680, Investigator Sutton #517, Diana Fouts, Edward Brenner, Thomas Hogan, Ed Flint, Mark Bearor, Deputy Kawamoto #1177, Deputy Keller #1185, and Lt. Bravos #54.

1    Default may be entered only against a party who has been
2 served with process, Fed. R. Civ. P. 4, and failed to plead or
3 otherwise defend an action, Fed. R. Civ. P. 55(a).
4    Thirteen of these defendants have filed motions to
5 dismiss.  Accordingly, plaintiff's request for default is denied
6 as to defendants Arnold Schwarzenegger, Bill Lockyear, County of
7 Sacramento, Lou Blanas, Jan Scully, Albert Locher, Rebecca Lobre,
8 Ed Flint, Mark Bearor, Deputy Kawamoto #1177, Deputy Keller
9 #1185, Lt. Bravos #54, and Thomas Hogan.
10    There is no proof plaintiff served process upon Officer
11 Pease; accordingly, plaintiff's request for default against
12 Officer Pease is denied.
13    Four defendants state they have not been served with
14 process and will not make an appearance.  This statement is
15 consistent with plaintiff's purported proof of service against
16 these defendants, which fails to comply with Fed. R. Civ. P.
17 4(e).  Accordingly, plaintiff's request for default against the
18 City of Sacramento, Heather Fargo, Bonnie Pannell, Robbie Waters,
19 is denied.
20    The only record of service of process upon defendants
21 Jerry Meyer, Rheba Chastain, Dean Leuder, Investigator Freitas
22 #680, Investigator Sutton #517, Diana Fouts, Officer Baily, and
23 Edward Brenner fails to comply with Fed. R. Civ. P. 4(e).
24 Accordingly, plaintiff's request for default against these
25 defendants is denied.
26    As default may not be entered against any of these

defendants, plaintiff's motion for default judgment is also denied.

So ordered.

Dated:  February 9, 2006.

                                        /s/ Peter A. Nowinski  
                                        PETER A. NOWINSKI  
                                        Magistrate Judge