IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERSON A. MCGEE,

    Plaintiff,                      2:05-cv-2632-GEB-EFB-PS

    vs.

CALIFORNIA STATE SENATE, et al.,

    Defendants.                 ORDER

/

        Plaintiff initiated this action by filing a complaint and paying the filing fee on December 30, 2005.  Judgment was entered on January 26, 2007.  On February 1, 2007, plaintiff filed a notice of appeal and a motion for leave to proceed *in forma pauperis* on appeal.

        Rule 24(a)(1) of the Federal Rules of Appellate Procedure provides that a party desiring to proceed *in forma pauperis* on appeal must file a motion with the district court.  The party must attach to the motion an affidavit that: (1) shows the party's inability to pay or give security for fees and costs, (2) claims an entitlement to redress, and (3) states the issues that the party intends to present on appeal.  Fed. R. App. P. 24(a)(1).

        Plaintiff has filed an affidavit demonstrating his inability to pay or give security for costs and fees.  However, plaintiff's affidavit does not claim an entitlement to redress, nor does it state the issues that the party intends to present on appeal.

1  Accordingly, plaintiff's motion to proceed *in forma pauperis* on appeal is denied. The
2  Clerk is directed to serve a copy of this order on the Clerk, United States Court of Appeals for
3  the Ninth Circuit.

4  Dated: February 9, 2007

```
                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge
```